UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CURTIS B FISHER,<br><br>                Plaintiff,<br>    v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.,<br><br>                Defendant. | CASE NO. C18-5544 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 26. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    Plaintiff's motion for voluntary dismissal, Dkt. 24, is **GRANTED**;

    (3)    Plaintiff's action is **DISMISSED without prejudice and without costs**;

           and

(4) Defendants' motion for summary judgment, Dkt. 18, is **DENIED as moot.**

Dated this 25th day of February, 2019.

_____
BENJAMIN H. SETTLE
United States District Judge